# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 54 EAL 2018

                            :

          Respondent           :

                            :  Petition for Allowance of Appeal from

                            :  the Order of the Superior Court

          v.                :

                            :

                            :

DARNELL FOSTER,            :

                            :

          Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of June, 2018, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

> Did not the Superior Court err by ignoring the governing statute and due process protections that permit revocation only for a violation of specified conditions of probation, and by holding that [Petitioner's] inappropriate offensive social media posting, that violated no condition of probation, warranted revocation?